IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARNOLD JUSTICE,

      Plaintiff,                     No. CIV S-04-0684 GEB PAN P

   vs.

JAN SCULLY, et al.,

      Defendants.               ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 18, 2006, plaintiff was ordered to show cause in writing why this action should not be dismissed for lack of prosecution. On May 31, 2006, plaintiff filed requests for entry of default against defendants Wagg and Rall together with a motion for default judgment. Said motions were served on defendants on the same day.

       The record reflects that defendant Wagg signed a waiver of service on October 22, 2004, and defendant Rall signed a waiver of service on December 22, 2004. Neither defendant has appeared in the action. Good cause appearing, the Clerk of the Court will be directed to enter the default of said defendants. See Fed. R. Civ. P. 55(a). The court intends to rule on plaintiff's motion for default judgment within ninety days from the date of this order.

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. The May 18, 2006 order to show cause is discharged;

3  2. The Clerk of the Court is directed to enter the default of defendant Mark Rall
4  and defendant Gary Wagg;

5  3. The Clerk of the Court is directed to serve a copy of this order by certified mail
6  on Mark Rall, Office of the District Attorney, Sacramento County (Investigation Unit), 901 G
7  Street, Sacramento, California 95814;

8  4. The Clerk of the Court is directed to serve a copy of this order by certified mail
9  on Gary Wagg, Office of the District Attorney, Sacramento County (Investigation Unit), 901 G
10 Street, Sacramento, California 95814; and

11 5. The Clerk of the Court is directed to serve a copy of this order by certified mail
12 on Jan Scully, District Attorney, Sacramento County, 901 G Street, Sacramento, California
13 95814.

14 DATED: July 27, 2006.

[signature]
UNITED STATES MAGISTRATE JUDGE

12
just0684.def